# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 11/19/2019

Sentencing in this matter is hereby adjourned to December 18, 2019 at 3:00 p.m.

**BY ECF**

Honorable Vernon S. Broderick
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: **United States v. Christopher Sanchez,
18 Cr. 833 (VSB)**

Dear Judge Broderick:

    I write with the consent of the government to request an adjournment of sentencing in the above-referenced matter, now scheduled for December 5, 2019.  I do not yet have the final presentence investigation report, and I need more time to collect information and materials to effectively represent Mr. Sanchez at sentencing.  Accordingly, I request that the Court adjourn sentencing to the afternoon of December 18, 2019, when I understand the Court and the government are both available.

    Respectfully submitted,

    /s/
    Clay H. Kaminsky
    Assistant Federal Defender
    (212) 417-8749

CC:    AUSA Christopher Brumwell