**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 28, 2020

**APPLICATION GRANTED
SO ORDERED** /s/ Vernon Broderick
**VERNON S. BRODERICK
U.S.D.J.** 4/29/2020

<u>Via ECF</u>

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
United States Courthouse
40 Centre Street - Room 415
New York, NY 10007

Re:   *United States v. Christopher Sanchez*
      **18 Cr. 833 (VSB)**

Dear Judge Broderick:

The defense respectfully seeks the Court's leave to reply to the government's response in opposition to Christopher Sanchez's motion for compassionate release (ECF No. 64) by Thursday, April 30, 2020.

Respectfully Submitted,

_____/s/_____
Clay H. Kaminsky
Andrew J. Dalack

Attorneys for Christopher Sanchez

Cc:   AUSA Christopher Brumwell