```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
 UNITED STATES OF AMERICA,                             :
                                                       :
                                                       :
            -against-                                  :
                                                       :           18-CR-833 (VSB)
 CHRISTOPHER SANCHEZ,                                  :
                                                       :                ORDER
                              Defendant.               :
-------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

  I am in receipt of Defendant Christopher Sanchez's letter that was notarized on June 2, 2020, in which he indicates that he has decided to appeal my Opinion & Order of May 29, 2020. According to Sanchez he has not been able to get in touch with his attorney, and he requests I remove his attorney "[d]uring this motion to appeal." In light of Sanchez's indication that he wishes to appeal, I deem his letter to be a notice of appeal.

  I am also in receipt of counsel for Defendant's July 1, 2020, letter requesting that I either deem Sanchez's letter as a notice of appeal or in the alternative a request for additional time to file an appeal. In his letter, counsel also consents to be relieved as counsel. Accordingly, it is hereby:

  ORDERED Defendant Sanchez's letter shall be deemed a notice of appeal.

  IT IS FURTHER ORDERED that the Federal Defenders are relieved as counsel for Defendant Christopher Sanchez.

  The Clerk's Office is respectfully directed to mail a copy of this order to the Defendant Christopher Sanchez at c/o Orange County Jail, 110 Wells Farm Road, Goshen, NY 10924, and terminate docket entry 70.

SO ORDERED.

Dated:   July 7, 2020
            New York, New York

_____
Vernon S. Broderick
United States District Judge